WILLIAM BREUER *ET AL.*, PLAINTIFFS-RESPONDENTS, v. BOROUGH OF MONTVALE, DEFENDANT-PETITIONER.

See same case below: *55 N. J. Super.* 369.

*Messrs. Randall & Randall* for the petitioner.

*Messrs. Losche & Losche* for the respondents.

October 5, 1959.   Denied.

JOHN SALAPKA, PETITIONER-PETITIONER, v. NEW YORK SASH & DOOR CO., INC., RESPONDENT-RESPONDENT.

*Messrs. David & Albert L. Cohn* and *Mr. Richard Lifland* for the petitioner.

*Mr. Isidor Kalisch* for the respondent.

October 5, 1959.   Denied.